Max Engelsberg, Respondent, v. Harry M. Drucker et al., Appellants.—Motion for leave to appeal to the Appellate Division granted. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.

Fern Realty Corporation, Respondent, v. Marcus Schwartz, Doing Business as Central Multigraph Letter Service, et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Carswell, Acting, P. J., Johnston, Adel, Nolan and Sneed, JJ.

Gertrude Fox, Appellant, v. Harry Lefrak et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.

In the Matter of Robert Forbell, Appellant, against Monica Forbell, Respondent.— Motion for reargument and to resettle order. Motion for reargument granted and decision (ante, p. 810) amended to read: Appeal by petitioner in a habeas corpus proceeding from order denying his application for visitation of the child of his marriage to respondent and dismissing the writ procured for the purpose of obtaining custody of the child. Order modified on the facts by striking out the first ordering paragraph and by providing in lieu thereof that right of visitation of the infant is granted to petitioner one day a week for three hours, upon notice of intention to visit the child by petitioner, to be given to the mother of the child twenty-four hours in advance of each visit. As so modified, the order is affirmed, without costs. The contention presently advanced respecting the $15 a week payment was not urged on the original argument, hence the rule in *Matter of Derer* v. *Derer* (262 App. Div. 969) was not given effect in the original decision herein. Should the husband fail to continue to provide for child's support, relief may be sought in the separation action. Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ., concur.

In the Matter of Robert W. Heuer, Appellant, against Village of Scarsdale, Westchester County, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See ante, p. 803.]

In the Matter of Frederic D. Kohler.— Motion for reargument denied, with $10 costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See ante, p. 815.]

In the Matter of Long Island Lighting Company, Appellant, against William Shields, as Mayor of the Village of Old Brookville, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See ante, p. 803.]

In the Matter of the Adoption of (Female) Mura, an Infant. In the Matter of the Adoption of (Male) Mura, an Infant. Lawrence Kaplan et al., Appellants; William Halpern et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ. [See ante, p. 812.]

Park View Gardens, Inc., Respondent, v. Samuel Greene, Appellant.—Motion for leave to appeal to the Appellate Division granted. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ.